UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

United States of America,

  Plaintiffs,

 v.

Karey Gallerson, et al.,

  Defendants.

CR99-0071 TSZ

ORDER

Monies were deposited by defendants to the Court's Deposit Fund (6855XX). Checks were sent to the sole victim, Circuit City, as listed on the judgment, but were returned by the U.S. Postal Service as "undeliverable." Numerous attempts have been made to find a valid address but to no avail.

Victim Circuit City went out of business, filing a Chapter 11 Bankruptcy. The monies were then moved to Unclaimed Fund (613300) as per the Judicial Guidelines.

Assistant United States Attorney (AUSA) for the Western District of Washington, Kyle Forsyth, reached out to Counsel for Circuit City Bankruptcy in an attempt to verify

ORDER - 1

if money should continue to be moved to Unclaimed Fund (613300) or sent to a different entity. As such, counsel for Circuit City notified AUSA Forsyth that the money should be sent to Circuit City Stores, Inc., Liquidation Trust, and has provided a correct mailing address.

IT IS NOW, THEREFORE, ORDERED that the monies placed into the Unclaimed Funds be disbursed to the victim.

DATED this 25 day of May, 2017.

THOMAS S. ZILLY
United States District Judge

ORDER - 2